**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Johnett Loguidice | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-15933ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 10, 2018, this case is hereby DISMISSED.

**Date: September 27, 2018**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

    Disclosure of Attorney Compensation
    Chapter 13 Plan
    Schedules A/B-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities
    Means Test Calculation 122C-2
    Ch 13 Income FOrm 122C-1